UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

      v.

ORMOND LARKIN,
a/k/a "Rallo",

                          Defendant.
_____

DECISION AND ORDER

10-CR-6084L

       The defendant Ormond Larkin ("Larkin") was sentenced to a 10-year term of imprisonment, followed by five years of supervised release for drug and money laundering convictions. Larkin has completed the jail portion of his sentence and has served a substantial portion of the supervised release term.

       Now, by letter motion (Dkt. #166), Larkin moves for early release from the balance of the term of supervised release. That motion is DENIED.

       The Government filed a Response to the motion (Dkt. #169) opposing it. The Probation Office also filed a detailed Report (Dkt. #170) also opposing Larkin's request. Both the Government and Probation note that Larkin has had a checkered time on supervised release. There were several violations of supervised release which resulted in the imposition of sanctions. Larkin was also arrested and charged with several matters in July 2021. There is a relatively brief time remaining on

supervised release and Larkin advances no compelling reason why he should not complete the five-year term ordered by the Court at the time of sentencing.

    IT IS SO ORDERED.

                                          _____
                                              DAVID G. LARIMER
                                          United States District Judge

Dated:  Rochester, New York
        July 18, 2022.